# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Alfredo Fuentes | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:18-CV-187 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment in favor of Plaintiff and against Defendant; Rejecting Report and Recommendations of U.S. Magistrate Judge; Plaintiff's objections sustained; Remanding case to the Commissioner pursuant to sentence four of 42 U.S.C. §405(g) for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Walter H. Rice on a motion for Report and Recommendations

Date: 9/30/19

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*